170 So.2d 510

**Paul MEDIAMOLLE, Sr., individually and for the use and benefit of his minor, Paul Mediamolle, Jr.**

v.

**TEXAS & NEW ORLEANS RAILROAD COMPANY, W. A. Arceneaux and Louisiana Power & Light Company.**

No. 47596.

Jan. 18, 1965.

In re: Paul Mediamolle, Sr., and Paul Mediamolle, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 169 So.2d 235.

Application not considered, it having been untimely filed. See Sec. 11 of Art. VII of the Louisiana Constitution, LSA and Art. 2167, LSA–C.C.P.

■

170 So.2d 510

**Sam RICHARD**

v.

**U. S. FIDELITY & GUARANTY COMPANY and Landreneau Enterprises et al.**

No. 47547.

Jan. 18, 1965.

In re: Sam Richard applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 167 So.2d 840.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.